IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ULRICH ROMARIC KOCOU FIOSSI, § § | | |
| Plaintiff, § § | | |
| v. § | No. 3:25-CV-3469-G-BW | |
| § § | | |
| FEDERAL BUREAU OF INVESTIGATION, § § | | |
| Defendant. § | Referred to U.S. Magistrate Judge[1] | |

### **ORDER**

Plaintiff Ulrich Romaric Kocou Fiossi, proceeding pro se, initiated this action on December 18, 2025. (Dkt. No. 3.) He also filed a motion to proceed in forma pauperis ("IFP"). (*See* Dkt. No. 4.) By Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 16, 2026, the undersigned recommended that the Court deny Fiossi's IFP motion and dismiss the case without prejudice unless Fiossi paid the $405 filing fee for a civil action within 14 days or by some other deadline established by the Court. (*See* Dkt. No. 7.) Fiossi paid the $405 filing fee on January 22, 2026. (*See* Receipt No. 300021968.)

Because Fiossi has now paid the $405 filing fee, the Court **TERMINATES** his IFP motion (Dkt. No. 4) as moot and **WITHDRAWS** the January 16, 2026 Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Dkt. No. 7).

---

[1] By Special Order No. 3-251, this pro se case has been automatically referred for full case management.

By paying the filing fee, Fiossi has undertaken the obligation to bring Defendant Federal Bureau of Investigation into this action by properly serving Defendant with a summons and the complaint according to the processes prescribed by Federal Rule of Civil Procedure 4. Fiossi must prepare and request a summons for Defendant pursuant to Fed. R. Civ. P. 4(a) and (b) and arrange to have Defendant served. The Court specifically notes that Fiossi cannot be the individual who effects service on Defendant. *See* Fed. R. Civ. P. 4(c)(1) ("Any person who is at least 18 years old and *not a party* may serve a summons and complaint." (emphasis added)). Additionally, Fiossi must file with the Court a proof of service in accordance with Rule 4(*l*).

The Court further advises Fiossi that proper service must be made and shown to the Court through a filed proof of service **no later than April 22, 2026**, which is 90 days from the date he paid the filing fee. *See* Fed. R. Civ. P. 4(m); *see also Leeper v. Carte Blanche*, No. 3:23-CV-1091-E-BN, 2024 WL 1218550, at *1-2 (N.D. Tex. Mar. 20, 2024). If Fiossi fails to show proof of valid service on Defendant by the deadline established by Rule 4(m), this case is subject to dismissal unless Fiossi shows both (1) good cause for the failure to serve Defendant and (2) good cause for the Court to extend the time for service for an appropriate specified period. *See* Fed. R. Civ. P. 4(m); *see also* Fed. R. Civ. P. 41(b) (providing for dismissal, with or without prejudice, for failure to prosecute and obey court orders).

**SO ORDERED** on January 30, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE